UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MASA WARDEN,<br>           Plaintiff,<br>    v.<br>THE CITY OF REDDING, et al.,<br>           Defendants. | Case No. 19-cv-00688-TSH (PR)<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought *pro se* by a state prisoner. While plaintiff has brought this as a habeas case, the action concerns the actions taken by officers of the Redding Police Department. Redding is in Shasta County, which lies within the venue of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84(b). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b). This case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall RECLASSIFY this case as one brought under nature of suit 550 and transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: February 27, 2019

THOMAS S. HIXSON
United States Magistrate Judge