1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  MASA NATHANIEL WARDEN,                      No. 2:19-cv-0388 CKD P
12               Plaintiff,
13        v.                                    ORDER
14  THE CITY OF REDDING, et al.,
15               Defendants.
16
17       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18  U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the
19  required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a),
20  1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in
21  support of a request to proceed in forma pauperis or to submit the required fees totaling $400.00.
22       In accordance with the above, IT IS HEREBY ORDERED that:
23       1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in
24  support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or
25  the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result
26
27  [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
    but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not
28  required to pay the $50.00 administrative fee.

                                                   1

in a recommendation that this action be dismissed; and

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: March 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/ward0388.3a(CDCR)